47 So.2d 245

## TENNESSEE VALLEY SAND & GRAVEL CO. v. F. H. McGUIRE.

### 8 Div. 822.

Court of Appeals of Alabama.
March 7, 1950.

Rehearing Denied March 28, 1950.

McDonnell & Jones, of Sheffield, and Williams & Williams, of Russellville, for appellant.

Guin & Guin, of Russellville, for appellee.

CARR, Judge.

This case was tried jointly with the case of Tennessee Valley Sand & Gravel Co. v. Pilling, ante, p. 237, 47 So.2d 236. Identical questions are presented for our review on both appeals.

On the authority of the above case the judgment of the court below is ordered affirmed.

Affirmed.

1. 33 Ala.App. 364.